UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CORY HUBBARD,

                                    Plaintiff,

        v.

BRENT D. PERCIVAL, *et al.*,

                                    Defendants.

Case No. 2:19-cv-1809-KJD-EJY

**<u>ORDER</u>**

Before the Court is a Report and Recommendation prepared by United States Magistrate Judge Elayna J. Youchah (ECF No. 3). Magistrate Judge Youchah recommends that the Court dismiss Cory Hubbard's § 1983 complaint with prejudice because amendment would be futile. Also before the Court is Hubbard's motion to extend time to file a response (ECF No. 4) and his response (ECF No. 5), which he filed one day late. Though the time to do so has passed, the defendants have not responded. As an initial matter, the Court grants Hubbard's motion to extend time and has considered his objections to the report and recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2 and determines that the Report and Recommendation (ECF No. 3) should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that Hubbard's Motion to Extend Time (ECF No. 4) is **GRANTED**.

///

///

///

///

///

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 3) entered December 4, 2019, is **ADOPTED** and **AFFIRMED**. Plaintiff Cory Hubbard's complaint is **DISMISSED with prejudice**.

Dated this 13th day of April, 2020.

_____
Kent J. Dawson
United States District Judge